DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Felipe Gutierrez**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **FELIPE GUTIERREZ**,<br><br>                Plaintiff,<br>v.<br><br>**BOREAL RIDGE CORPORATION**, as an entity and doing business as "Boreal Mountain California", "Boreal Eatery", "Waffle Café", "The Grind Café", "The Fresh Food Bar" and "Hub and Spoke", **AUBURN SKI CLUB,** and **DOES** 1-50, Inclusive,<br><br>                Defendants. | Case No.: 2:19-cv-02614-JAM-CKD<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

   Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled.  Plaintiff also requests ninety (90) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:   November 6th, 2020

Respectfully Submitted,

/s/Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff